11727866

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

United States of America )
v. )
) Case No. 3:24cr152 - SEALED
)
)
)
Christopher A. Harrison )
*Defendant*

**SEALED**

*U.S. MARSHALS SERVICE RECEIVED 2024 OCT 16 AM 8:05 EASTERN DISTRICT OF VA RICHMOND DIVISION*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHRISTOPHER A. HARRISON,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
SEE ATTACHED INDICTMENT

Date: 10/16/2024

*Issuing officer's signature* /s/ J. Smith

City and state: Richmond, Virginia

J. Smith, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/16/2024, and the person was arrested on *(date)* 10/17/2024
at *(city and state)* Washington DC (E/VA - Alexandria).

Date: 10/17/2024

*Arresting officer's signature* Ally Mayo

Investigative Analyst Ally Mayo
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Christopher A. Harrison<br>*Defendant* | )<br>)  Case No.  3:24cr152 - SEALED<br>)<br>)<br>)<br>) |

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHRISTOPHER A. HARRISON

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
SEE ATTACHED INDICTMENT

Date: 10/16/2024

*Issuing officer's signature*

City and state: Richmond, Virginia

J. Smith, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/16/2024, and the person was arrested on *(date)* 10/17/2024
at *(city and state)* Washington D.C.

Date: 10/17/2024

*Arresting officer's signature*

Ryan Furr, Special Agent
*Printed name and title*