# Exhibit 33

| From: | "Brad J. Curtin" <BCurtin@crbt.com> |
|---|---|
| Sent: | Mon 12/7/2020 2:23:32 PM (UTC) |
| To: | Christopher Harrison <Chris@caharrisoncompanies.com> |
| Subject: | RE: Model Tobacco Draw Request |

Chris,

We are in the process of reviewing it this morning, and I will let you know if we need anything. Also, no we have not received the Moran inspection report yet.

Thanks,
Brad

**Brad Curtin**
Vice President
**Specialty Finance Group**

500 1st Ave NE, Cedar Rapids, IA 52401
bcurtin@crbt.com | www.crbt.com
Phone 319.862.2728 | Direct line 319.743.7152 | Fax 319.862.0918



People you can bank on.™

**From:** Christopher Harrison <chris@caharrisoncompanies.com>
**Sent:** Monday, December 7, 2020 8:10 AM
**To:** Brad J. Curtin <BCurtin@crbt.com>
**Subject:** Model Tobacco Draw Request

Brad,

Good morning. Has Moran gotten back to you with the approval for Model Tobacco? If so, has the draw request been fully approved?

Best Regards,
**Christopher Harrison**
**Managing Member/Owner**

The C.A. Harrison Companies, LLC
5301 Westbard Circle, Suite 147
Bethesda, MD 20816
O: 301.346.7005

F: 301.913.0012

[www.caharrisoncompanies.com](www.caharrisoncompanies.com)

---

- This email has been checked for viruses by Avast antivirus software.
  [www.avast.com](www.avast.com)

===========================================================

Privacy notice:

The information in this communication including any attached document(s) is privileged and strictly confidential from Cedar Rapids Bank and Trust Co. and/or one of its affiliates. It is solely for the use of the individual(s) or entity(s) addressee. If the reader of this message is not the intended recipient or an employee or an agent responsible for the delivery of this message to the intended recipient, the reader is hereby notified that any dissemination, distribution or copying of this message or of any attached document(s), or the taking of any action or omission to take any action in reliance on the contents of this message or of any attached documents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, (319) 862-2728, and delete the original message immediately. Thank you.

Harrison_Email-00116905

| | |
|---|---|
| **From:** | "Brad J. Curtin" <BCurtin@crbt.com> |
| **Sent:** | Mon 1/4/2021 9:57:06 PM (UTC) |
| **To:** | Christopher Harrison <Chris@caharrisoncompanies.com> |
| **Cc:** | CRBT SFG Construction Draws <sfgdraws@crbt.com> |
| **Subject:** | RE: Signed AIA G702's |

Chris,

In reviewing the draw you send we need a couple of things to be updated or further clarification:
- We are in need of lien waivers from the GC
- The G702 and the sources and uses amounts do not match
- As you know we are still in need of the inspection report which should be coming in soon.

Thanks,
Brad


**Brad Curtin**
Vice President
**Specialty Finance Group**

500 1st Ave NE, Cedar Rapids, IA 52401
bcurtin@crbt.com | www.crbt.com
Phone 319.862.2728 | Direct line 319.743.7152 | Fax 319.862.0918



People you can bank on.™

---

**From:** Christopher Harrison <chris@caharrisoncompanies.com>
**Sent:** Monday, January 4, 2021 1:20 PM
**To:** Brad J. Curtin <BCurtin@crbt.com>
**Subject:** Signed AIA G702's

Brad,

Please see the attached AIA G702's signed by myself and the architect for the construction and soft costs associated with draw #2 for Model Tobacco.

**Christopher Harrison**
**Managing Member/Owner**

The C.A. Harrison Companies, LLC
5301 Westbard Circle, Suite 147
Bethesda, MD 20816
O: 301.346.7005
F: 301.913.0012

www.caharrisoncompanies.com

This email has been checked for viruses by Avast antivirus software.
www.avast.com

===========================================================

Privacy notice:

The information in this communication including any attached document(s) is
privileged and strictly confidential from Cedar Rapids Bank and Trust Co. and/or
one of its affiliates. It is solely for the use of the individual(s) or
entity(s) addressee. If the reader of this message is not the intended recipient
or an employee or an agent responsible for the delivery of this message to the
intended recipient, the reader is hereby notified that any dissemination,
distribution or copying of this message or of any attached document(s), or the
taking of any action or omission to take any action in reliance on the contents
of this message or of any attached documents, is strictly prohibited. If you
have received this communication in error, please notify the sender immediately
by e-mail or telephone, (319) 862-2728, and delete the original message
immediately. Thank you.